IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RICHARD HOEFT,

    Plaintiff,

v.

TIM ANDERSON and
VICKI ARNDT,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-138-wmc

    This action came for consideration before the court with DISTRICT JUDGE WILLIAM M. CONLEY presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case.

_____      _____
Peter Oppeneer, Clerk of Court                     7/6/10
                                                           Date